IN THE MIDDLE DISTRICT COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Richard Katz : | Case No. | 3:15-cv-01187 |
| Plaintiff : | | |
| v. : | NOTICE OF APPEAL | |
| National Board of Medical Examiners (NBME) et al. : | | |
| Defendants : | | |

Now comes the __pro se plaintiff Richard Katz__, and hereby gives notice that he is appealing the __District Judges' Order Adopting the Magistrate Judges' Report and Recommendations__ decision entered by said trial court on the __7__ of __February__, __2017__ to the Third Circuit Court of Appeals.

Richard Katz, pro se

3364 Parker Lane, East Stoudsburg, PA 18301

(570) 517-9314

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Appeal was served by ECF system upon Michael Sacks of Hamburg Golden, P.C. 1601 Market Street, Philadelphia, PA 19103 this __9 th__ day of __February__ 20__17__.

/s/Richard Katz, pro se