RICHARD KATZ,

    Appellant

v.

NATIONAL BOARD OF MEDICAL EXAMINERS;

FEDERATION OF STATE MEDICAL BOARDS OF THE UNITED STATES INC