OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



February 28, 2017

Neil J. Hamburg, Esq.
Hamburg & Golden
1601 Market Street
Suite 3310
Philadelphia, PA 19103

Michael E. Sacks, Esq.
Hamburg & Golden
1601 Market Street
Suite 3310
Philadelphia, PA 19103

RE: Richard Katz v. National Board of Medical Exam, et al
Case Number: 17-1329
District Case Number: 3-15-cv-01187

Dear Counsel:

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/forms.**

Pursuant to our docketing letter dated **02/13/2017**, you were requested to forward to this office the following form(s) in the above-entitled case:

**Appearance Form**

As of this date, we have not received your form(s).

The above listed forms must be completed **within fourteen days of the date of this letter**. The forms are available at this court's website.

**If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron,
Clerk

By: Kirsi
Case Manager
267-299-4947

cc: Richard Katz