UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **17-1329**

Katz v. National Board of Medical Examiners
(M.D. Pa. No. 3-15-cv-01187)

To:  Clerk

    1)  Motion by Appellant for Leave to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>

---

    Action on the motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is deferred pending the submission of an additional document.  Appellant must submit this Court's affidavit of poverty within 14 days of the date of this order or the appeal may be dismissed.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: March 7, 2017

kr/cc:  Richard Katz
       Neil J. Hamburg, Esq.
       Michael E. Sacks, Esq.