# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

17-1329

Richard Katz v. National Board of Medical Exam, et al

3-15-cv-01187

## O R D E R

Upon further review, it appears that it would not be appropriate at this time to submit this case to a panel of the Court for possible dismissal under 28 U.S.C. § 1915(e)(2)(B) or summary action under Third Circuit LAR 27.4 and I.O.P. 10.6. A briefing schedule shall be issued. In addition to any other issues the parties wish to address in their briefs, the parties should address: (1) whether Appellees' denial of Appellant's request for a waiver from the six-attempt limit was an independent act of discrimination that could trigger the commencement of a new limitations period, see <u>Del. State Coll. v. Ricks</u>, 449 U.S. 250, 260-61 (1980), and (2) whether the District Court was correct to conclude that Appellant's mental-health status could not equitably toll the limitations period, see <u>Kach v. Hose</u>, 589 F.3d 626, 645 (3d Cir. 2009).

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: April 18, 2017

sh/cc:   Richard Katz
         Neil J. Hamburg, Esq.
         Michael E. Sacks, Esq.