Case: 17-1329     Document: 003112637283     Page: 1     Date Filed: 05/30/2017

RECEIVED
MAY 26 2017
U.S.C.A. 3rd. CIR.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

RICHARD KATZ,
    Appellant,

v.

NATIONAL BOARD OF
MEDICAL EXAMINERS ET AL.
    Appellees.

Dkt. No. 17-1329

On appeal from judgment in
No. 3-15-cv-01187
(M.D. Pa.) (Mariani, J.)

## MOTION OF APPELLEES
### FOR EXTENSION OF TIME TO SUBMIT BRIEF

Appellees National Board of Medical Examiners and the Federation of State Medical Boards hereby move, in accordance with Federal Rule of Appellate Procedure 27 and Third Circuit's Local Appellate Rule 31.4, to extend by approximately 60 days (until August 25, 2017) the deadline for the submission of Appellees' Brief in this matter. In support of this motion, Appellees state as follows:

1. This Court has issued a briefing schedule for the above captioned matter that requires Appellees to file their Brief on June 25, 2017.

2. I am the named partner of my firm, Hamburg & Golden, P.C., however, my associate Michael E. Sacks, who is a very experienced lawyer, has, for all intents and purposes, handled this matter entirely on his own since its inception.

3. Mr. Sacks has become suddenly incapacitated from severe upper spine disk herniations and other problems, is in

excruciating pain, does not have the use of one arm and is scheduled to undergo spinal fusion surgery on June 12, 2017.

4. I am currently in a trial pool in the Court of Common Pleas of Philadelphia County on a case that may be called anytime for trial after June 16 and am currently working full time preparing for that trial, which I expect to last approximately one week. I have also been forced to complete by myself expert discovery involving at least six expert witnesses on another case in the United States District Court for the Eastern District of Pennsylvania that Mr. Sacks was also handling primarily by himself. While that task is not full time, it is very time consuming.

5. Appellees move for an extension of time to file their brief in this matter, and seek an extension of 60 days from June 25, 2017. Appellees request that their Brief be due on August 25, 2017.

6. I am aware of this Court's standing Order dated October 15, 2012 discouraging motions for extension of time. In this case, however, I respectfully request the above extension of time on behalf of my clients because of extraordinary and unexpected circumstances.

7. I have been practicing in this Court for more than 35 years and do not recall ever asking for an extension of time to

file a brief and apologize to this Court and to Mr. Katz, the *pro se* plaintiff, for doing so here.

WHEREFORE, Appellees respectfully request that this Court grant this motion for extension of time and extend the briefing schedule to allow for the submission of Appellees' brief on August 25, 2017.

Respectfully submitted:

/s/ Neil J. Hamburg
Neil J. Hamburg
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103
215-255-8590

Counsel for Appellees

## CERTIFICATE OF SERVICE

I certify that on this date the foregoing motion has been filed electronically and will be available for viewing and downloading from this Court's CM/ECF system. I am also serving a copy of the foregoing by regular mail upon:

    Richard Katz
    3364 Parker Lane
    East Stroudsburg, PA 18301
    *Pro Se*

/s/ Neil J. Hamburg
Neil J. Hamburg

Dated:   May 26, 2017