_____

No. 17-1329

_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Richard Katz,
*Pro se*
*Appellant,*

vs.

National Board of Medical Examiners (NBME), et. al.,
*Appellees.*

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Case No.: 3-15-cv-01187

_____

# OBJECTION AND OPPOSITION TO APPELLEE'S STREAMLINED REQUEST FOR EXTENSION OF TIME TO FILE OPENING BRIEF

_____

Richard Katz
Pro se
3364 Parker Lane
East Stroudsburg, PA 18301
TEL: (570) 517-9314

## OBJECTION AND/OR OPPOSITION TO EXTENSION OF TIME

Appellant hereby objects to, and opposes Appellee National Board of Medical Examiners (NBME) et. Al. request for an extension of time to file their Opening Brief. The proposed new due date is August 25, 2017. This objection and/or opposition is based the Court's Local Apellate Rule 112.4 - Extension of Time to File Petitions:

> (a) A circuit judge, for **good cause** shown, may extend the time for filing a petition for writ of certiorari or cross-petition for a period **not exceeding 30 days.** Any application for extension of time within which to file a petition for writ of certiorari must set out the grounds on which the jurisdiction of this court is invoked, must identify the judgment sought to be reviewed and have appended thereto a copy of the opinion, and must set forth with specificity the reasons justifying an extension. An untimely petition for writ of certiorari must be accompanied by a motion for extension of time.                Source: 48 U.S.C. § 16

**1.** Motions which would cause delay of this matter should only be filed in "extreme circumstances." Throughout this case, there have been two attorneys (Mr. Sacks, Pro Hac Vice DKT #25 and Mr. Hamburg) from the law firm of Hamburg & Golden, P.C. listed on the docket. Appellant is sensitive to Attorney Michael Sacks incapacitation, as he knows the ramifications of having his health compromised first-hand. However, Attorney Neil Hamburg has made motion

entries (below) to the lower court docket throughout these proceedings documenting the fact that Mr. Sacks has NOT "handled this matter alone since its inception."

| | | |
|---|---|---|
| 07/17/2015 | 13 | NOTICE of Appearance by Neil J. Hamburg on behalf of United States Medical Licensing Exam (USMLE) Organization (Hamburg, Neil) (Entered: 07/17/2015) |
| 07/17/2015 | 12 | NOTICE of Appearance by Neil J. Hamburg on behalf of National Board of Medical Examiners (Hamburg, Neil) (Entered: 07/17/2015) |
| 08/27/2015 | 31 | NOTICE of Appearance by Neil J. Hamburg on behalf of Federation of State Medical Boards (Hamburg, Neil) (Entered: 08/27/2015) |
| 07/28/2016 | 196 | REPLY BRIEF re 126 Amended MOTION for Summary Judgment filed by Federation of State Medical Boards, National Board of Medical Examiners.(Hamburg, Neil) (Entered: 07/28/2016) |
| 07/28/2016 | 197 | ANSWER TO STATEMENT OF FACTS re 130 Statement of Facts filed by Federation of State Medical Boards, National Board of Medical Examiners.(Hamburg, Neil) (Entered: 07/28/2016) |

**2.** Appellant has lost much time because of a faulty administrative policy imposed by the NBME to people with documented mental disabilities. This policy currently needs revision and is the basis for this action. Because of this faulty policy, Appellant has been in a perpetual state of limbo with his medical career and does not feel that a 60-day extension is fair or warranted under the Court's Local Apellate 112.4 Rule.

**3.** The streamlined request for an extension of time by the Appellees should be denied in accordance with this Court's Local Rule 112.4, that the previous briefing schedule should remain in effect.

Respectfully Submitted on June 5, 2017,

/s/ Richard Katz,

*Pro se.*

# CERTIFICATE OF SERVICE

On June 5, 2017, I served the foregoing **OBJECTION AND OPPOSITION TO APPELLEES' STREAMLINED REQUEST FOR EXTENSION OF TIME TO FILE OPENING BRIEF** by electronically filing it with the Court's ECF/CM system, which generated a Notice of Filing and effects service upon counsel for all parties in the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 5, 2017 East Stroudsburg, Pennsylvania.

/s/ Richard Katz
*Pro se*