_____

No. 17-1329

_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Richard Katz,
*Pro se*
*Appellant,*

vs.

National Board of Medical Examiners (NBME), et. al.,
*Appellees.*

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Case No.: 3-15-cv-01187

_____

# CORRECTION OF OBJECTION AND OPPOSITION TO APPELLEE'S STREAMLINED REQUEST FOR EXTENSION OF TIME TO FILE OPENING BRIEF

_____

Richard Katz
Pro se
3364 Parker Lane
East Stroudsburg, PA 18301
TEL: (570) 517-9314

# CORRECTION OF OBJECTION AND/OR OPPOSITION TO EXTENSION OF TIME

On June 5, 2017 Appellant submitted his OBJECTION AND OPPOSITION TO APPELLEES' STREAMLINED REQUEST FOR EXTENSION OF TIME TO FILE OPENING BRIEF. Appellant mistakenly employed Local Appellate rule 112.4 instead of Local Appellate rule 31.4. Although in principle the premise remains the same, Appellant felt it necessary to correct the record.

Moreover, page two, point number 4 of Mr. Hamburg's; 'MOTION OF APPELLEES FOR EXTENSION OF TIME TO SUBMIT BRIEF' states various competing work responsibilities as justification for extension of time.

Accordingly Local Appellate rule 31.4 states:

A party's first request for an extension of time to file a brief **must set forth good cause.** Generalities, such as that the purpose of the motion is not for delay or that **counsel is too busy, are not sufficient.**

In summary, based on the reasons discussed in his 'OBJECTION AND OPPOSITION TO APPELLEE'S STREAMLINED REQUEST FOR EXTENSION OF TIME TO FILE OPENING BRIEF' and those discussed herein, Appellant is opposed and objects to the Appellees; 'MOTION OF APPELLEES FOR EXTENSION OF TIME TO SUBMIT BRIEF'

Respectfully Submitted on June 8, 2017,

/s/ Richard Katz,

*Pro se.*

## CERTIFICATE OF SERVICE

On June 8, 2017, I served the foregoing **OBJECTION AND OPPOSITION TO APPELLEES' STREAMLINED REQUEST FOR EXTENSION OF TIME TO FILE OPENING BRIEF** by electronically filing it with the Court's ECF/CM system, which generated a Notice of Filing and effects service upon counsel for all parties in the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 8, 2017 East Stroudsburg, Pennsylvania.


/s/ Richard Katz
*Pro se*