UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **17-1329**

Katz v. National Board of Medical Examiners

To:   Clerk

1) Objection and Opposition by Appellant to Appellee's Streamlined Request for Extension of Time to File Opening Brief

2) Correction of Objection and Opposition by Appellant to Appellee's Streamlined Request for Extension of Time to File Opening Brief

---

  No action will be taken on the foregoing responses.  Pursuant to Fed. R. App. P. 27(b), "[t]imely opposition filed after the motion is granted in whole or in part does not constitute a request to reconsider, vacate or modify the disposition; a motion requesting that relief must be filed."  The Clerk's Order of June 2, 2017 will remain in effect.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated:  June 14, 2017

kr/cc:  Richard Katz
   Neil J. Hamburg, Esq.
   Michael E. Sacks, Esq.