UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **17-1329**

Katz v. National Board of Medical Examiners

To:    Clerk

1) Motion by Appellant to Compel the United States District Court for the Middle District of Pennsylvania to Seal the Record

---

The foregoing motion is referred to the merits panel.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: June 21, 2017
PDB/cc: Richard Katz
            Neil J. Hamburg, Esq.
            Michael E. Sacks, Esq.