# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| RICHARD KATZ, | : | |
| | : | |
| Appellant, | : | **Dkt. No. 17-1329** |
| | : | |
| v. | : | |
| | : | On appeal from judgment in |
| NATIONAL BOARD OF | : | No. 3-15-cv-01187 |
| MEDICAL EXAMINERS, ET AL. | : | (M.D. Pa.) (Mariani, J.) |
| | : | |
| Appellees. | : | |

## MOTION OF APPELLEES
## FOR LEAVE TO FILE A SUPPLEMENTAL APPENDIX

Appellees, the National Board of Medical Examiners (NBME) and the Federation of State Medical Boards (FSMB), respectfully move for leave to file a supplemental appendix, and in support state:

1.  Plaintiff/Appellant Richard Katz, *pro se* (Mr. Katz), filed his brief and appendix on May 25, 2017.

2.  As a *pro se* party appearing *in forma pauperis*, Mr. Katz chose to proceed on the original record, and he refers in his brief to documents in the original record.

3.  On June 2, 2017, this Court granted the NBME and FSMB's motion for an extension of time, until August 25, 2017, to file their principal brief.

4.  The NBME and FSMB's brief includes a detailed discussion of undisputed facts, and the documents establishing those facts, which were included as exhibits to their motion for summary judgment.

5.  For ease of reference and the convenience of the Court and the parties, the NBME and FSMB have prepared a supplemental appendix containing the opinions of the Court below

2

(United States Magistrate Judge Joseph F. Saporito, Jr. and Judge Robert D. Mariani), as well as the documents relied upon in their motion for summary judgment.

6. In the Court below, the NBME and FSMB filed some of the exhibits to their motion for summary judgment under seal because they contain psychiatric information related to Mr. Katz.

7. Mr. Katz has moved to seal the record below, and that motion has been referred to the merits panel.

8. To preserve the status quo until this Court decides Mr. Katz's motion to seal, the NBME and FSMB have prepared their Supplemental Appendix in two volumes: Volume I, containing all non-sealed material, will be filed electronically and in hard copy, and Volume II, containing sealed material, will be filed only in hard copy, under seal.

WHEREFORE, for the foregoing reasons, the NBME and the FSMB respectfully request that the Court of Appeals grant this motion to file their Supplemental Appendix along with their principal brief.

Respectfully submitted,

/s/ Michael E. Sacks
NEIL J. HAMBURG
MICHAEL E. SACKS
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103
(215) 255-8590

Counsel for Appellees

## CERTIFICATE OF SERVICE

I certify that on this date the foregoing motion for leave to file a supplemental appendix has been filed electronically and will be available for viewing and downloading from this Court's CM/ECF system. I am also serving a copy of the foregoing by regular mail upon:

>Richard Katz
>3364 Parker Lane
>East Stroudsburg, PA 18301
>*Pro Se*

Dated: August 25, 2017

/s/ Michael E. Sacks
Michael E. Sacks