# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

17-1329

Richard Katz v. National Board of Medical Exam, et al

3-15-cv-01187

# O R D E R

The Court has received the Brief and Supplemental Appendix from **Appellees National Board of Medical Examiners, Federation of State Medical Boards of the United States Inc**.

**The submission does not comply with the following Court requirements:**

**Form of Appendix**- The following aspect(s) of the appendix is/are noncompliant:

**.** Sealed Supplemental Appendix Volume II is not filed electronically.

**.** Sealed Supplemental Appendix filed without a motion for leave to file under seal.

In order to cure errors with respect to FORM of Appendix, **National Board of Medical Examiners, Federation of State Medical Boards of the United States Inc** file Sealed Supplemental Appendix Volume II in electronic format. The following event must be used: "sealed appendix".

Motion for leave to file Volume II under seal must be filed. Motion must be filed in electronic format only, with certificate of service.

**Counsel or the party(ies) must correct the above listed deficiencies by 08/31/2017. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

**Dated: August 28, 2017**

**For questions please call 267-299-4929, or contact the Briefing Department of the Clerk's Office at 215-597-2995, option 2.**

MS/cc:   **Neil J. Hamburg, Esq.**
          **Richard Katz**
          **Michael E. Sacks, Esq.**