UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 17-1329

Katz v. National Bd. of Med. Examiners

To:     Clerk

1) Motion by Appellees for Leave to File a Supplemental Appendix

2) Motion by Appellees for Leave to File Volume II of the Supplemental Appendix under Seal

---

    The foregoing motion for leave to file a supplemental appendix is granted. The motion for leave to file Volume II of the supplemental appendix under seal is referred to the merits panel. Volume II of the supplemental appendix will be held provisionally under seal pending disposition of the motion by the panel.

For the Court,

s/ Marcia M. Waldron
Clerk


Dated:   September 12, 2017
MS/cc:   All counsel/parties of record