OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**
**ACTING CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



January 23, 2018

Neil J. Hamburg Esq.
Richard Katz
Michael E. Sacks Esq.

RE: Richard Katz v. National Board of Medical Exam, et al
Case Number: 17-1329
District Case Number: 3-15-cv-01187

Dear Litigant and Counsel:

Please be advised that the above-entitled case(s) will be submitted on the briefs, pursuant to 3rd Cir. LAR 34.1(a), with NO oral argument on **Monday, February 5, 2018.**

This means your presence will not be required.

Very truly yours,

s/Patricia S.Dodszuweit
Acting Clerk

By: *Tiffany J. Grier*
Tiffany L. Grier, Calendar Clerk
267-299-4905

MMW/TLG

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **GREENAWAY, Jr., BIBAS and ROTH, Circuit Judges**