<u>MONDAY, FEBRUARY 5, 2018</u>

<u>Coram</u>: GREENAWAY, Jr., BIBAS and ROTH, Circuit Judges

<u>S U B M I T T E D</u>

<u>No. 17-1329</u>
Pursuant to 3rd Cir. LAR 34.1(a)

RICHARD KATZ,
       Appellant
v.
NATIONAL BOARD
OF MEDICAL
EXAMINERS, et al.