UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-1329
_____

RICHARD KATZ,
   Appellant

v.

NATIONAL BOARD OF MEDICAL EXAMINERS;
FEDERATION OF STATE MEDICAL BOARDS OF THE UNITED STATES INC
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 3-15-cv-01187)
District Judge: Honorable Robert D. Mariani
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
February 5, 2018

Before: GREENAWAY, JR., BIBAS and ROTH, Circuit Judges

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District

Court for the Middle District of Pennsylvania and was submitted pursuant to Third

Circuit LAR 34.1(a) on February 5, 2018.  On consideration whereof, it is now hereby

**ORDERED and ADJUDGED** by this Court that the judgment of the District Court entered February 7, 2017, be and the same is hereby affirmed. Costs taxed against the Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

<u>Patricia S. Dodszuweit</u>
Clerk

Dated: September 25, 2018