UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-1329
_____

RICHARD KATZ,
                            Appellant

v.

NATIONAL BOARD OF MEDICAL EXAMINERS;
FEDERATION OF STATE MEDICAL BOARDS OF THE UNITED STATES INC
_____

(D.C. Civ. No. 3-15-cv-01187)
_____

SUR PETITION FOR REHEARING
_____

Present: SMITH, Chief Judge, MCKEE, AMBRO, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS and *ROTH, Circuit Judges

      The petition for rehearing filed by **appellant** in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the

---

* Vote of the Honorable Jane R. Roth limited to panel rehearing only.

circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

>BY THE COURT,
>
>s/ JANE R. ROTH
>Circuit Judge

Dated: October 23, 2018

kr/cc:  Richard Katz
       Neil Hamburg, Esq.
       Michael E. Sacks, Esq.