OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 31, 2018

Mr. Peter J. Welsh, Clerk
United States District Court for the Middle District of Pennsylvania
William J. Nealon Federal Building & United States Courthouse
235 North Washington Avenue
Scranton, PA 18503

RE: Richard Katz v. National Board of Medical Exam, et al
Case Number: 17-1329
District Court Case Number: 3-15-cv-01187

Dear District Court Clerk:

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Kirsi
Case Manager
267-299-4947

cc: Richard Katz
    Neil J. Hamburg, Esq.
    Michael E. Sacks, Esq.