# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 4, 2019

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: Richard Katz
v. National Board of Medical Examiners, et al.
No. 18M109
(Your No. 17-1329)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion to direct the Clerk to file a petition for a writ of certiorari out of time is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk